Norman C. GREENE, Appellant,

v.

STATE of Missouri, Respondent,

No. ED 104171

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: June 20, 2017

FOR APPELLANT: Maleaner R. Harvey, Missouri Public Defender Office, 1010 Market St., Ste. 1100, St. Louis, MO 63101.

FOR RESPONDENT: Joshua D. Hawley, Attorney General, Karen L. Kramer

Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

### ORDER

PER CURIAM.

Norman C. Greene appeals the judgment denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).